# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1051

DAVID J. LAUX; TARA K. LAUX, a/k/a Tara K. Long,

Plaintiffs - Appellants,

v.

BOARD OF SUPERVISORS OF FAIRFAX COUNTY, VIRGINIA; JAMES W. PATTERSON, Director, Fairfax County Department of Public Works and Environmental Services,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:16-cv-01260-LMB-MSN)

Submitted: June 20, 2017                          Decided: July 10, 2017

Before MOTZ, KING, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David J. Laux, Tara K. Laux, Appellants Pro Se. Christopher Anthony Costa, Sara Grossman Silverman, Assistant County Attorneys, Fairfax, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David J. Laux and Tara K. Laux appeal the district court's order dismissing their 42 U.S.C. § 1983 (2012) complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Laux v. Bd. of Supervisors of Fairfax Cnty.,* No. 1:16-cv-01260-LMB-MSN (E.D. Va. Jan. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*